UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GRANT STITSWORTH, <br><br> Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., <br><br> Defendant. | Case No. 3:23-CV-179-CCB |

## THE COURT'S PROPOSED VERDICT FORM

**Application for Reemployment**

1. Did Mr. Stitsworth show by a preponderance of the evidence that he submitted an application for reemployment to Forest River not later than 90 days after completing his National Guard service on August 2, 2021?

    _____ **YES**          OR          _____ **NO**

    (If you answered YES to Question 1, proceed to Question 2.)

**Willfulness**

2. Did Mr. Stitsworth show by a preponderance of the evidence that Forest River willfully violated USERRA when it denied Mr. Stitsworth reemployment?

    _____ **YES**          OR          _____ **NO**


Date:_____            _____
                                                              Presiding Juror