UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GRANT STITSWORTH,

     Plaintiff,

     v.

FOREST RIVER, INC.,

     Defendant.

Case No. 3:23-CV-179-CCB

## VERDICT FORM

**Application for Reemployment**

1. Did Mr. Stitsworth show by a preponderance of the evidence that he submitted an application for reemployment to Forest River not later than 90 days after completing his National Guard service on August 2, 2021?

      _____ **YES**        OR       \_\_\_X\_\_\_ **NO**

     If you answered YES to Question 1, then you have found that Forest River violated USERRA, and the jury's verdict is in favor of Mr. Stitsworth. Proceed to Question 2.

     If you answered NO to Question 1, then you have found that Forest River did not violate USERRA, and the jury's verdict is in favor of Forest River. You should not complete Question 2.

**Willfulness**

2. Did Mr. Stitsworth show by a preponderance of the evidence that Forest River willfully violated USERRA when it denied Mr. Stitsworth reemployment?

      _____ **YES**        OR       _____ **NO**

Date: 2/20/26

Kristin Smith
Presiding Juror